UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

RAYMOND JARVIS,

                   Plaintiff,

        - against -

THE CITY OF NEW YORK, et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - X

PROTECTIVE ORDER

CV 2008-3069 (ARR)(MDG)

    This Court having reviewed the "Stipulation and Protective Order" filed by the parties (ct. doc. 13) and having found good cause for issuance of a protective order as to certain materials to be produced in discovery, the terms of the stipulation are approved and incorporated herein, but subject to the following:

    1.  The parties must use best efforts to minimize the need to file documents under seal.  Prior to filing any document designated as "Confidential Materials" under seal, the parties must confer on whether the confidential information contained in the "Confidential Materials" is relevant to the issue addressed in a filing or whether a stipulation of certain facts or redaction of the confidential information may eliminate the need for sealing the document.  If the confidential information is not relevant to the filing, a document should be filed with such confidential information redacted.

    2.  The parties must comply with procedures established by the Clerk's Office and submit a completed sealing form with each document to be sealed.

3.   If a filing is lengthy but the Confidential Materials comprise a small portion of the submission, only the exhibit or portion of the exhibit containing confidential information may be filed under seal and the remainder of the submission should be filed unsealed.  If an entire document is permitted to be filed under seal, the party submitting the document must electronically file a notice that such a submission is being filed under seal.  Any sealing envelope should clearly describe the document to be sealed and identify the document number on the docket sheet corresponding to such sealed document.  Each envelope submitted for sealing may contain only one document or portions of one filing (such as multiple exhibits annexed to a document filed).

5.   A party submitting a document for filing under seal shall provide the Clerk of the Court and the District Judge and/or Magistrate Judge to be handling the application at issue with a complete un-redacted copy of the submission.  The first page of the submission must indicate what portions have been redacted and filed under sealed.

6.   The parties are reminded they must observe Rule 5.2 of the Federal Rules of Civil Procedure regarding the redaction of private information from court filings, whether or not the filing contains "Confidential Materials."

        **SO ORDERED.**

Dated:     Brooklyn, New York
           April 15, 2009

                              _/s/_____
                              MARILYN D. GO
                              UNITED STATES MAGISTRATE JUDGE