

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Qiana Smith-Williams
*Assistant Corporation Counsel*
qwilliam@law.nyc.gov
(212) 788-1580
(212) 788-9776 (fax)

January 26, 2010

**BY ECF**
Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Raymond Jarvis v. City of New York, et al.
08 CV 03069 (ARR)(MDG)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants in the above-referenced matter. Attached please find a duly executed Stipulation and Order of Settlement and Dismissal for Your Honor's endorsement and filing.

Thank you for your consideration herein.

Respectfully submitted,

Qiana Smith-Williams (QS 2172)
Assistant Corporation Counsel

Encl.

cc:   Michael B. Lumer, Esq. (By ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

RAYMOND JARVIS,

                             Plaintiff,

                -against-

THE CITY OF NEW YORK, PATRICK BURNETT,
ERICK NOLAN, JAMAAL MILLER, and
"JOHN/JANE DOES #1-10" believed to be members of
the NEW YORK CITY POLICE DEPARTMENT,

                         Defendants.

------------------------------------------------------------------------x

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

08 CV 3069 (ARR)(MDG)

       **WHEREAS,** plaintiff commenced this action on or about July 28, 2008, by filing a complaint alleging, *inter alia*, violations of his state law rights and civil rights pursuant to 42 USC § 1983; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without defendants admitting any fault or liability; and

       **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.   The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.     Defendant City of New York hereby agrees to pay to **REIBMAN & WEINER, IN TRUST FOR RAYMOND JARVIS** a sum of **ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00),** to be paid in full satisfaction of all claims, whether arising under federal or state law, including claims for costs, expenses and attorney's fees.  In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the defendants City of New York, Patrick Burnett, Erick Nolan, and Jamaal Miller, and to release all defendants and all present and former employees or agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3.     Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4.     Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:        New York, New York
              January 26, 2010


REIBMAN & WEINER                          MICHAEL A. CARDOZO
Attorneys for Plaintiff                   Corporation Counsel of the
26 Court Street, Suite 1005                  City of New York
Brooklyn, New York  11242                 Attorney for Defendants
(718) 522-1743                            100 Church Street, Room 3-149
                                          New York, New York 10007
                                          (212) 788-1580


By: _____             By: _____
     Michael Lumer, Esq. (ML 1947)              Qiana Smith-Williams (QS 2172)
                                                Assistant Corporation Counsel

SO ORDERED:


_____
HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE